EXHIBIT A

Central Intelligence Agency



Washington, D.C. 20505

fi Mogx we cam oak
   fotaor ,uṁlfir tknis
reC    ;in6e if
Cuve,rs so mant
ccuaz4 (:Ccti-i- Ale- it
under 1)

13 June 2017

Ms. Angelina Godoy
Director, Center for Human Rights
University of Washington
Box 353650
Seattle, WA 98195

Reference: F-2017-01476

   Case #: 00203C Salvadoran military operation entitled "Escalante Acevedo"
   Case #: 00205C Salvadoran military operation entitled "Guazapax"
   Case #: 00209C Salvadoran military operation entitled "Maquilishuat"
   Case #: 00208C Salvadoran military operation entitled "Salitre"
   Case #: 00207C Salvadoran military operation "Operation. Relampago"
   Case #: 00206C Salvadoran military operation entitled "Morazan Operation"
   Case #: 00217C Salvadoran military operation entitled "Menjivar"
   Case #: 00216C Salvadoran military operation entitled "Charco"
   Case #: 00213C Salvadoran military operation entitled "Duenas III"
   Case #: 00215C Salvadoran military operation entitled "Gonzalo Portillo"
   Case #: 00214C Salvadoran military operation entitled "Chavez,Melendez"
   Case #: 00220C Operations of the Salvadoran Armed Forces in Morazan Department, El
      Salvador
   Case #: 00218C Salvadoran military operation "Rescate" and the. August 1982 operation in
      San Vicente

Dear Ms. Godoy:

  Per the agreement reached between the University of Washington Center for Human Rights (UWCHR), through counsel, and CIA on 3 May 2017 following discussions among the parties, this letter confirms that the UWCHR agrees to CIA's proposal to consolidate the 13 requests referenced above into one case for a search for records on the following:

(1) All reporting on human rights abuses by the El Salvadoran Army during 1981 — 1984.
(2) All reporting on human rights abuses by the El Salvadoran National Police during 1979 — 1986.

  Specifically, we will search for all CIA-originated documents produced between 1. January 1979 and 31 December 1992, per the date ranges specified in the above-referenced requests, concerning operations conducted by the armed forces of El Salvador or the El Salvadoran National Police, in which human rights abuses (including kidnappings, torture, or civilian deaths) were committed by these forces as set forth in Items 1 and 2 above.

      We have assigned your consolidated request case number F-2017-01476. Please use this number when corresponding so that we can identify it easily. In light of your agreement, our officers will begin the search as described above unless we hear from you otherwise. In accordance with our regulations, and as a matter of administrative discretion, the Agency has waived fees for this request.

      Sincerely,

      Allison Fong
      Information and Privacy. Coordinator

# EXHIBIT B

DECLARATION OF DR ROWAN DOUGLAS WILLIAMS, MASTER OF MAGDALENE COLLEGE, CAMBRIDGE, SOMETIME ARCHBIHOP OF CANTERBURY.

I, Rowan Douglas Williams, am over 18 years of age and am competent to testify as follows:

1. I am a member of the British House of Lords and of Her Majesty's Privy Council, Master of Magdalene College, Cambridge, Chancellor of the University of South Wales and Chair of Trustees of Christian Aid (the major church-based international development agency in the UK).
2. Prior to my current position, I was Archbishop of Canterbury and before that had a long career as priest, bishop and theologian, holding academic appointments in the Universities of Oxford and Cambridge. I am a Fellow of the British Academy, of the Royal Society of Literature and of the Learned Society of Wales.
3. I held the office of Archbishop of Canterbury from 2002 to 2012, maintaining a close watch on global events throughout and since that period, with a special concern for human rights, on which I have lectured in Geneva to UN bodies. I currently chair a working group of the UK Equality and Human Rights Commission. I have studied the origins and consequences of El Salvador's civil war and have met with people living in El Salvador during the conflict including the late Archbishop Romero's former secretary and the Anglican bishop in El Salvador, Martin Jesus de Barahona and his family; these were people with direct firsthand experience of conditions during the war and the levels of violence against civilians.
4. Through these contacts in particular r, I have built up a clear picture of the situation in El Salvador, especially of the patterns of violent intimidation of critics of the regime during the civil conflicts, and the harassment, threat, and assault suffered by those offering help to victims of violence.
5. My interest as a Christian leader naturally focused on the late Roman Catholic Archbishop of San Salvador, Oscar Romero (I am now a patron of the UK based Oscar Romero Foundation). Mgr Romero was a moral leader of exceptional stature, and an outspoken critic of the widespread violent crimes perpetrated by the then government against its own people. I have in recent years read much about and spoken and written about Archbishop Romero.
6. Romero in my view was a great gift of God to the whole people of God, in and beyond El Salvador. He gave voice to the cries of the poorest and most marginalized, embracing this role most fully and passionately after the slaughter of unarmed peasants by the Salvadorean National Guard and the murder of his Jesuit friend Fr Rutilio Grande, in March 1977.
7. Romero urged the soldiers of the government to lay down their arms rather than obey unjust orders, and commanded the leaders of El Salvador to stop the killing and intimidation. These efforts to use his role as a church leader to protect the poor and vulnerable resulted in his assassination on 24 March 1980. He is commemorated as a martyr in the Church of England (his statue can be seen on the West Front of Westminster Abbey) and the Roman Catholic Church. Earlier this year (May 2015) he was beatified by the Roman Catholic Church, the penultimate step before being officially declared a saint.
8. To be declared a martyr means that someone is recognised as having given their life in defence of the Christian faith. The significant aspect of declaring Romero a saint and martyr is that it recognizes that advocacy for the poor and the defence of justice may be counted as defence of the Christian faith.
9. I understand that the University of Washington Center for Human Rights (UWCHR) is collaborating with a human rights centre in El Salvador in an effort to gather evidence

    regarding massacres of civilians which took place during the civil war, as well as evidence regarding the assassination of Mgr Romero. One purpose of this is to assist the effort to bring various charges, including war crimes, against some of those who were involved in these acts.

10. I strongly support UWCHR's efforts to obtain justice for the victims of the Salvadorean civil war.
11. I further understand that the US Central Intelligence Agency (CIA) has refused to disclose to the UWCHR records which it holds that may be relevant to these crimes.
12. Echoing Mgr Romero's call to the government of El Salvador to act transparently and ethically, I would make the same plea to the US government. The US administration, including the CIA, was deeply involved in El Salvador's civil war. The US government provided billions of dollars' worth of military and economic assistance to the government of El Salvador during the period of the war, despite widespread media exposure of the massacre of civilians and many other violations of human rights in El Salvador. In the light of this, the US administration has a particularly strong moral obligation to make available any records which will assist in bringing to justice those whom it previously aided or protected.

I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States of America.

EXECUTED on this tenth day of August, 2015, at Magdalene College, Cambridge, UK.

*+ Rowan Williams* (signature)

Rowan Douglas Williams, Lord Williams of Oystermouth, PC

Master of Magdalene College, Cambridge

Sometime Archbishop of Canterbury

| | |
|---|---|
| Master's Lodge | Office (44) 1223 332144 |
| Magdalene College, | email jeh34@cam.ac.uk |
| Cambridge CB3 0AG | |
| UK | |

# EXHIBIT C

F-2017-01476

Central Intelligence Agency



Washington, D.C. 20505

8 November 2018

Ms. Angelina Godoy
Director, Center for Human Rights
University of Washington
Box 353650
Seattle, WA 98195

Reference: F-2017-01476

Dear Ms. Godoy:

On 5 November 2018, the office of the Information and Privacy Coordinator received your 5 November 2018 phone call to our Freedom of Information Act (FOIA) public phone line asking for the status concerning your 17 April 2017 FOIA request.

Please be assured that your request is still in process. We can appreciate your concern with not having received a final response to your request. It is the overwhelming number of requests and their complexity that causes delays in our responses. We are making every effort to complete it as soon as possible. Per your request, we have checked on the status and have been provided an estimated completion date of 9 September 2019. Please note, this is only an estimated date and is subject to change. In the future, we will not acknowledge or respond to any additional queries regarding the status of this request until after 9 September 2019. Meanwhile, we appreciate your patience and understanding while we continue to process your request.

Sincerely,

Allison Fong
Information and Privacy Coordinator