District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE UNIVERSITY OF WASHINGTON, *et al.*,

    Plaintiffs,

v.

CENTRAL INTELLIGENCE AGENCY,

    Defendant.

Case No. 2:19-cv-00061-RSM

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

## **JOINT STIPULATION**

The parties here by jointly STIPULATE AND AGREE to extend the deadline to respond to the complaint by two weeks:

| **Deadline** | **Old Deadline** | **New Deadline** |
|---|---|---|
| Response to Complaint | February 19, 2019 | March 5, 2019 |

//

//

//

STIPULATED MOTION FOR EXTENSION OF TIME
2:19-cv-00061-RSM- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**SO STIPULATED**.

Dated this 15th day of February, 2019.

      *s/ Thomas R. Burke*
THOMAS R. BURKE
DAVIS WRIGHT TREMAINE LLP
Partner, Media Law Practice
505 Montgomery Street, Suite 800
San Francisco, California 94111
Phone: (415) 276-6552
Cell: (415) 519-3406
Email: Thomasburke@dwt.com
Bio: www.dwt.com/people/ThomasRBurke

      *s/ Jordan Clark*
JORDAN CLARK, WSBA #49659
DAVIS WRIGHT TREMAINE (SEA)
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Phone: (206) 757-8031
Email: jordanclark@dwt.com

*Attorneys for Plaintiffs*

**SO STIPULATED**.

Dated this 15th day of February, 2019.

      *s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NY # 4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendant*

STIPULATED MOTION FOR EXTENSION
OF TIME
2:19-cv-00061-RSM- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

**IT IS SO ORDERED**.

Dated this 20 day of February 2019.

                                     _____
                                     RICARDO S. MARTINEZ
                                     CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR EXTENSION OF TIME
2:19-cv-00061-RSM- 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970